UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
PJETER PRELA,

                Plaintiff,

      v.

MICHAEL CHERTOFF, et al.,

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

08 Civ. 6360 (DC)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
           August 26, 2008

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                                  By:    /s/_____
                                              SHANE P. CARGO
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2711
                                              Facsimile: (212) 637-2786
                                              Email: shane.cargo@usdoj.gov

TO:    Joshua E. Bardavid, Esq.
         401 Broadway, 22nd Floor
         New York, NY 10013